# United States District Court Violation Notice

CVB Location Code: EV17

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4411592 | MULLIKIN | 251 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12-19-2014/0842 | 32 CFR 634.25(F) VSC 46.2-300 |

Place of Offense: BELVOIR ROAD & PEACE GATE

Offense Description: Factual Basis for Charge: DRIVING WITHOUT A VALID OPERATOR'S LICENSE

HAZMAT ☐

4411592

DEFENDANT INFORMATI[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | RONALD | C |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| AJ1860 | IN | 07 | CADILLAC STS | | SILVER |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 105.00 Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ 130.00 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 COURTHOUSE SQUARE ALEXANDRIA, VA

Date (mm/dd/yyyy): 03-02-2015

Time (hh:mm): 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011) Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 19 DECEMBER, 20 14 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

WHILE CONDUCTING TRAFFIC ENFORCEMENT, I WAS DISPATCHED TO PEACE GATE FOR A SUSPENDED DRIVER ATTEMPTING ENTRY. UPON ARRIVAL, I ACTIVATE MY EMERGENCY EQUIPMENT AND CONDUCT A TRAFFIC STOP, THE VEHICLE WAS A SILVER 2007 CADILLAC STS, INDIANA PLATES # AJ1860, A CHECK OF VCIN/NCIC SHOWED THEM TO BE VALID. THE DRIVER WAS IDENTIFIED BY HIS INDIANA DRIVER'S LICENSE TO BE MR. SMITH, A CHECK OF VCIN/NCIC SHOWED SAME TO BE SUSPENDED IN INDIANA, NO HISTORY IN VIRGINIA.

MR. SMITH HAD PREVIOUSLY 15 DECEMBER 2014 ATTEMPTED ENTRY THROUGH KINGMAN GATE AND BEEN CITED FOR NO VALID DRIVER'S LICENSE BY MYSELF.

VEHICLE WAS TOWED BY REDMAN FLEET SERVICES INC.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12-19-2014 Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident